**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    LAKEYSHA S GARNER                                    Case No.: 09-19400

          Debtor(s)
------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 05/29/2009.

   2)   This case was confirmed on 12/30/2009.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 06/02/2010, 12/09/2010, 05/04/2011, 07/21/2011, 11/16/2011.

   5)   The case was dismissed on 01/25/2012.

   6)   Number of months from filing to the last payment:  31

   7)   Number of months case was pending:  35

   8)   Total value of assets abandoned by court order:  NA

   9)   Total value of assets exempted: $    2,075.00

   10)  Amount of unsecured claims discharged without payment $    .00

   11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 11,400.00 |
| Less amount refunded to debtor | $ 66.54 |
| **NET RECEIPTS** | $ 11,333.46 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,353.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 583.52 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,936.52 |
| Attorney fees paid and disclosed by debtor | $ 1,147.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HEIGHTS FINANCE CORP | SECURED | 7,753.00 | 8,025.00 | .00 | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 7,753.00 | 2,570.97 | 2,570.97 | 123.70 | .00 |
| QUALITY LEASING CO I | SECURED | 10,000.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,000.00 | NA | NA | .00 | .00 |
| HEIGHTS FINANCE CORP | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 3,925.00 | 6,644.95 | 6,644.95 | 319.70 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 9,500.00 | 9,500.00 | 9,500.00 | 386.64 | .00 |
| AES | UNSECURED | 2,357.00 | NA | NA | .00 | .00 |
| AIG NATINOAL INS CO | UNSECURED | 754.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BLEECKER BRODEY & AN | UNSECURED | 510.00 | 1,022.80 | 1,022.80 | 34.22 | .00 |
| RIVERVIEW HOSPITAL | UNSECURED | 402.00 | NA | NA | .00 | .00 |
| RIVERVIEW HOSPITAL | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,092.00 | 1,092.36 | 1,092.36 | 52.58 | .00 |
| ASSOCIATED PATHOLOGY | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 825.00 | NA | NA | .00 | .00 |
| BRIGHT HOUSE NETWORK | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 4,536.00 | 4,434.84 | 4,434.84 | 213.40 | .00 |
| CITIZENS GAS COOK UT | UNSECURED | 229.00 | NA | NA | .00 | .00 |
| CENTRAL INDIANA CRED | UNSECURED | .00 | NA | NA | .00 | .00 |
| CINERGY COMMUNICATIO | UNSECURED | 155.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIFINANCIAL AUTO | UNSECURED | 2,000.00 | 14,745.69 | 14,745.69 | 709.49 | .00 |
| CITI MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIZENS GAS | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| MARIN | UNSECURED | 1,261.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,000.00 | 285.50 | 285.50 | .00 | .00 |
| COMCAST | UNSECURED | 515.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | .00 | NA | NA | .00 | .00 |
| BRIGHT HOUSE NETWORK | UNSECURED | 396.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 500.00 | 1,272.03 | 1,272.03 | 61.20 | .00 |
| COMCAST | UNSECURED | 514.00 | NA | NA | .00 | .00 |
| DUKE ENERGY | UNSECURED | 199.00 | NA | NA | .00 | .00 |
| DR BOND COLL | OTHER | .00 | NA | NA | .00 | .00 |
| DRIVE INSURANCE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| ELMHURST EMERGENCY M | UNSECURED | 718.00 | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL HO | UNSECURED | 718.00 | NA | NA | .00 | .00 |
| EMERGENCY MED GROUP | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| ESSENCE | UNSECURED | 22.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 489.00 | 489.04 | 489.04 | 16.36 | .00 |
| PREMIER BANK CARD | UNSECURED | 156.00 | 156.99 | 156.99 | .00 | .00 |
| MED1 02 UNITY PHYSIC | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 978.00 | 996.79 | 996.79 | 33.88 | .00 |
| GLENDALE PARTNERS IN | UNSECURED | 116,000.00 | 117,898.24 | 117,898.24 | 5,672.59 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 740.00 | 858.60 | 858.60 | 35.85 | .00 |
| CITYVIEW @ HIGHLANDS | UNSECURED | 3,716.00 | 3,534.53 | 3,534.53 | 170.06 | .00 |
| INDIANAPOLIS POWER & | UNSECURED | 103.00 | 660.69 | 660.69 | 31.80 | .00 |
| OB GYN SPECIALIST OF | UNSECURED | 182.00 | NA | NA | .00 | .00 |
| EMERGENCY MED GROUP | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| INDIANA UNIV PURDUE | UNSECURED | 2,099.00 | NA | NA | .00 | .00 |
| INDIANA WESLEYAN UNI | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| INDIANAPOLIS WATER | UNSECURED | 110.00 | 430.72 | 430.72 | .00 | .00 |
| INDIANAPOLIS WATER | OTHER | .00 | NA | NA | .00 | .00 |
| ISM/FEDASSOC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEAK PERFORMANCE | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| KENDALL PROPERTY MAN | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| KENDALL PROPERTY MAN | OTHER | .00 | NA | NA | .00 | .00 |
| PROGRESSIVE | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| ABACUS CAPITAL | UNSECURED | 1,645.00 | NA | NA | .00 | .00 |
| LEAP | UNSECURED | 637.00 | NA | NA | .00 | .00 |
| MARION COUNTY TREASU | OTHER | .00 | NA | NA | .00 | .00 |
| MEDLINE INDUSTRIES | UNSECURED | 250.00 | 4,457.79 | 4,457.79 | 214.50 | .00 |
| MED1 02 RIVERVIEW HO | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| PENN PLASTIC SURGERY | UNSECURED | 11,768.00 | NA | NA | .00 | .00 |
| NCO FIN/33 | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NICOR GAS | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| ASSOCIATED PATHOLOGY | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| OB GYN SPECIALIST OF | OTHER | .00 | NA | NA | .00 | .00 |
| PEAK PERFORMANCE | UNSECURED | 141.00 | NA | NA | .00 | .00 |
| PROGRESSIVE FINANCE | UNSECURED | 3,025.00 | 3,025.43 | 3,025.43 | 145.57 | .00 |
| PROVIDENCE AT OLD ME | UNSECURED | 1,243.00 | NA | NA | .00 | .00 |
| REGIONS BANK | UNSECURED | 613.00 | NA | NA | .00 | .00 |
| RIVERVIEW HOSPITAL | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| RIVERVIEW HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| RIVERVIEW HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SENTINEL REAL ESTATE | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 1,702.00 | NA | NA | .00 | .00 |
| ST VINCENT CARMEL HO | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ST VINCENT ER PHYSIC | UNSECURED | 267.00 | NA | NA | .00 | .00 |
| ST VINCENT ER PHYSIC | OTHER | .00 | NA | NA | .00 | .00 |
| UNITY PHYSICIAN GROU | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| UNITY PHYSICIAN GROU | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| WACHOVIA EDUCATION F | UNSECURED | .00 | NA | NA | .00 | .00 |
| WISHARD HEALTH SVC | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES I | UNSECURED | 736.00 | NA | NA | .00 | .00 |
| APEX MED SUPPLY & EQ | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | .00 | 1,204.64 | 1,204.64 | 58.97 | .00 |
| LOYOLA UNIVERSITY CH | UNSECURED | NA | 2,420.00 | 2,420.00 | 116.43 | .00 |
| QUALITY LEASING CO I | OTHER | .00 | NA | NA | .00 | .00 |
| PROGRESSIVE FINANCE | UNSECURED | 3,025.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 177,702.60 | 8,396.94 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,936.52 |
| Disbursements to Creditors | $ | 8,396.94 |
| **TOTAL DISBURSEMENTS:** | $ | 11,333.46 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/26/2012         /s/ Tom Vaughn
                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**